IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 1:25-mc-00025

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant-Plaintiff,

v.

GALLUP-MCKINLEY COUNTY SCHOOLS,

    Respondent.

---

**DECLARATION OF APRIL KLUG,
ALBUQUERQUE AREA OFFICE DIRECTOR, IN SUPPORT OF
APPLICATION FOR AN ORDER TO SHOW CAUSE WHY
ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ENFORCED**

---

I, April Klug, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the Office Director for the Albuquerque Area Office ("AAO") of the Equal Employment Opportunity Commission. In that role, I am responsible for the operations of the AAO, including the investigation of charges of employment discrimination.

2. The following statements are based on my personal examination of the EEOC's files and my knowledge of the facts and documents described below.

3. The AAO is responsible for investigating charges of discrimination alleging an employer engaged in employment practices made unlawful by, *inter alia*, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII").

4. Among the EEOC's investigative files in the AAO is the investigative file for the charge filed against Gallup-Mckinley County Schools ("GMCS") by former EEOC Commissioner and current Acting EEOC Chair Andrea Lucas.

5. On August 21, 2024, Acting Chair Lucas filed a Commissioner's Charge (Charge No. 543-2024-01242) against GMCS alleging discrimination against Native Americans. Ex. 1. Specifically, the Charge alleges discriminatory failure to interview, hire, promote, and classify, among other employment practices, Native Americans in the positions of classroom teacher, administrator, and principal, since at least 2020. *Id.*

6. GMCS is based in Gallup, New Mexico and serves most of Mckinley County.

7. The Notice of Charge of Discrimination for Charge No. 543-2024-01242 was sent to GMCS Director of Personnel Ashley Ryan on August 23, 2024. This Notice stated that GMCS had 30 days to respond with a Position Statement. Ex. 2 at 3.

8. GMCS's attorney, Andrew Sanchez, entered his appearance in response to the Charge on September 9, 2024.

9. On September 16, 2024, GMCS requested an extension to submit a Position Statement in response to the charge and EEOC granted GMCS' request for extension to submit a Position Statement until October 4, 2024.

10. After the EEOC granted the request by GMCS for an extension, GMCS submitted a Position Statement on October 4, 2024 in response to Charge No. 543-2024-01242.

11. On February 6, 2025, the EEOC issued a Request for Information ("RFI") to GMCS with a due date of February 27, 2025.

12. On February 26, 2025, GMCS requested an extension to respond to the RFI until March 13, 2025, which the EEOC granted.

13. GMCS provided a response to the RFI on March 13, 2025.

14. On June 12, 2025, the EEOC issued a second RFI to GMCS for further information. The due date on this second RFI was June 26, 2025.

15. In this same June 12, 2025 RFI, the EEOC requested to interview two GMCS witnesses, Ashley Ryan, GMCS Personnel Director, and Michael Hyatt, GMCS Superintendent, on July 30, 2025, beginning at 9:30 a.m. at GMCS' district offices in Gallup, New Mexico. Ex. 3 at 4.

16. GMCS provided its response to the second RFI on June 26, 2025 and supplemented its response on July 11, 2025.

17. On July 9, 2025, the EEOC reiterated its request to interview Ashley Ryan and Michael Hyatt onsite at GMCS' facility. GMCS did not respond to this request. Ex. 4 at 2.

18. On July 16, 2025, the EEOC issued a third RFI for data from GMCS's applicant and employee rosters from the school cycle for 2019/2020 to the present. The requested data would shed light on GMCS's hiring, promoting, and classifying practices related to race. The due date for GMCS's response was July 31, 2025.

19. Also on July 16, 2025, because GMCS had not responded to EEOC's multiple requests for the two interviews, the EEOC again contacted GMCS via email about the EEOC's request to interview Ashley Ryan and Michael Hyatt. Ex. 4 at 1.

20. On July 18, 2025, GMCS, through their attorney Andrew Sanchez, responded and confirmed the onsite interviews of Ashley Ryan and Michael Hyatt for July 30, 2025 at GMCS's district offices. *Id.*

21. On July 28, 2025, the EEOC emailed GMCS and notified GMCS that the EEOC would need two hours with each witness on June 30, 2025. Ex. 5 at 2.

22. On July 29, 2025, the day before the scheduled interviews, GMCS emailed the EEOC that the interviews for the following day were cancelled and that it would "no longer cooperate with and [sic] the requested data production or further participate in your investigation in any other means [sic]." Ex. 5 at 1.

23. After receiving this email, the EEOC issued two Administrative Subpoenas for administrative depositions: Subpoena Nos. PHX-25-11 and PHX-25-12. Exs. 6 & 7. These Subpoenas required the two witnesses to appear and testify before the EEOC at the EEOC's offices in Albuquerque. *Id.* The date for testimony in the Subpoenas was August 13, 2025. *Id.*

24. On July 29, 2025, the EEOC sent the Subpoenas to GMCS's counsel by email. Ex. 10.

25. The email sent to GMCS's attorney with the Subpoenas was received and read that same day. Ex. 13.

26. The EEOC also uploaded both Subpoenas to the EEOC Respondent Portal on July 30, 2025. The Subpoenas, once uploaded to the Respondent Portal, became immediately available to GMCS. Ex. 16.

27. GMCS's points of contact for the EEOC Respondent Portal are Ashley Ryan and GMCS's attorney Andrew Sanchez. On August 12, 2025, GMCS logged onto the Respondent Portal and would have seen notice of the subpoenas on the portal.

28. In addition, the EEOC sent the Subpoena to Ashley Ryan via email on July 29, 2025. Ex. 9.

29. The EEOC also attempted to send the Subpoenas via certified mail to Ashley Ryan and Michael Hyatt but both refused to accept the certified mail. Exs. 11 & 14.

30. On August 8, 2025, GMCS filed a declaratory judgment and verified complaint against the EEOC in federal court. Michael Hyatt verified the complaint, and the Subpoenas were attached as exhibits to the complaint. Ex. 15 at 22, 26-31.

31. GMCS, Ashley Ryan, and Michael Hyatt received the Subpoenas for testimony.

32. On August 12, 2025, GMCS emailed the EEOC a "Notice of Nonappearance" for both witnesses. The Notice stated GMCS would not produce the witnesses, subject to the adjudication of the complaint GMCS filed in case number 1:25-CV-00762. Ex 8 at 1.

33. Both witnesses failed to appear for their administrative depositions on August 13, 2025.

34. GMCS's failure to comply with the Subpoenas and its email saying it would not voluntarily cooperate with EEOC's investigation show that GMCS will not comply with the EEOC's Subpoenas unless ordered by a court to do so.

35. As of the date of this Declaration, GMCS has refused to produce the two witnesses for testimony as requested in the Subpoenas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 21, 2025

April Klug, Area Director

Digitally signed by April Klug, Area Director
Date: 2025.08.21 17:33:01 -06'00'

April Klug
Albuquerque Area Director
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Albuquerque Area Office
500 Gold Ave SW Suite 6401
Albuquerque, NM 87103