

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C.**

Commissioner
Andrea R. Lucas

# COMMISSIONER'S CHARGE

Pursuant to authority contained in Title VII of the Civil Rights Act of 1964, as amended (Title VII), I issue this Commissioner's Charge against the following employer:

> Gallup-McKinley County Schools
> 640 S. Boardman
> Gallup, NM, 87301

I believe this employer is within the jurisdiction of the U.S. Equal Employment Opportunity Commission. I also have reason to believe that since at least 2020, the employer may have engaged in a pattern or practice of race discrimination against Native American employees and applicants, in violation of Title VII, as amended, including, but not limited to, the following potential Title VII violations:

> Failing to interview, hire, or promote; classifying; or otherwise discriminating against prospective employees and/or current employees for the positions of Classroom Teacher, Administrator, or Principal based on their race (Native American).

The aggrieved individuals include all employees and applicants who have been, continue to be, or may be in the future adversely affected by the unlawful employment practice complained of herein.

I, Andrea R. Lucas, a Commissioner of the Equal Employment Opportunity Commission, declare under penalty of perjury that I have cause to believe the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on this 21st day of August 2024.

Andrea R. Lucas
Commissioner
U.S. Equal Employment Opportunity
Commission