

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Albuquerque Area Office

500 Gold Avenue SW, Suite 6401
P.O. Box 128
Albuquerque, NM 87103
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Albuquerque Direct Dial: (505) 738-6721
Main FAX: (505) 248-5192
Legal FAX: (505) 248-5233
Website: www.eeoc.gov

6/12/2025

*Sent via Respondent Portal and Email*
Andrew M. Sanchez, Esq.
HIMES, PETRARCA & FESTER, CHTD.
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
asanchez@edlawyer.com

Dear Mr. Sanchez:

Gallup McKinley County Schools ("Respondent") is hereby requested to submit information and records required by the U.S. Equal Employment Opportunity Commission ("Commission" or "EEOC") to investigate the subject charge of discrimination. The Commission is authorized by law to investigate charges filed with it, and this request constitutes a part of the investigation. This request does not necessarily represent the entire body of evidence which we will need to obtain in order that a proper determination as to the merit of the charges can be made.

To minimize Respondent's burden on providing data to the Commission, Section I of this Request for Information requests only descriptions of systems/software that store electronic information related to applicants, as well as current and former employees. Once a complete response has been received by the Commission, we will follow-up with another Request for Information which will target electronic data from the system/software primarily based on the response received.

Please provide the requested information on or before **June 26, 2025**. We request that you provide the name, position, address, and telephone number of the company official(s) who prepares the response to this request for information. Failure to follow the instructions contained herein or providing an evasive or incomplete answer will constitute a failure to respond and shall subject the Respondent to the service of a subpoena for the requested documents, information and or electronic data. Thank you for your anticipated cooperation in this matter.

Should there be any questions upon receipt of this Request for Information, please contact the undersigned EEOC Investigator to coordinate a call between Respondent's person most knowledgeable about the relevant information systems and the Commission's assigned staff.

Sincerely,
Onyedika Ugbomah Otunuya
EEO Investigator

Enclosure: Request for Information

**Request for Information**

This Request for Information does not necessarily represent the entire body of evidence which EEOC needs to obtain during the investigation. You are reminded to preserve all documents, applications, applicant flow logs, New Hire Kit Personnel Files, personnel records, and electronic records relevant to this action until final disposition. Any and all information related to this Request for Information, including any and all documents and emails related in any way, are considered relevant and must be preserved under EEOC's record-keeping regulations. The information will only be disclosed in accordance with 29 C.F.R. 1601.22, or otherwise made public if the matter results in litigation.

**SECTION I. Request for Description of Electronic Information**

The Commission is interested in learning about the Applicant Tracking System, Human Resource Information System, Enterprise Resource Planning and other software that Respondent used to track information about **applicants, as well as current and former employees, at all of Respondent's schools for the period of the 2019/2020 school cycle to the present**.[1] In addition, the Commission wants to know data fields or variables that such software collects and stores about applicants and employees of classroom teacher and/or administrator positions. This includes those who applied for hire (non-employees) or promotion (incumbent employees). Specifically, we request that you describe the components of your current relevant software, whether it is maintained by you or another entity, which stores computerized or machine-readable information on applicant and employee activities. *At this time, we are not requesting that you produce any automated data from such systems, but rather that you provide us with a detailed description of the relevant systems.*

The types of *applicant* data in which we have interest would include, but not be limited to: applicant *history*; applicant personal information (e.g., name, unique applicant identifier, contact information, date of birth, sex, race, and ethnicity); unique employee identifier, if hired (to link respective applicant and employee data between systems); position/title and EEO-5 job classification of the position(s) applied for; application date(s); applicant location(s) applied to; position requisition and reference identification number(s); applicant statuses (e.g., application received, interview(s) conducted, position offered / not offered (whether contingent or not), and position accepted / not accepted and respective dates; applicant qualifications (such as education, previous work history, and references); and data related to any other factors affecting hiring decisions.

The types of *employee* data in which we have interest would include, but not be limited to: employee *history* during entire employment period(s) with Respondent; employee personal information (such as name, unique employee identifier, contact information, date of birth, sex, race, and ethnicity); unique applicant identifier (to link respective applicant and employee data between systems); previous education; previous work history and experience; full- or part-time statuses; shift(s) worked; length and dates of employment (including dates of hire, rehire, transfer, promotion, demotion, or termination); history of employment locations, departments, and positions/titles (and respective dates); history of reasons and dates for changes in employment, such as for transfer, promotion, demotion, or termination; history of changes in compensation, reasons, and respective dates; compensation frequency (e.g., hourly, biweekly, monthly); history of changes in compensation other than base salary or wages (such as benefits, retirement contributions, bonuses, commissions, and perquisites), reasons, and respective dates; performance reviews; and data related to any other factors affecting promotion and compensation package decisions.

---

[1] Applicant Tracking Systems typically capture and store information regarding applicants, such as name, contact information, position and location applied for, and qualifications, such as previous education and work experience. Human Resource Information Systems typically capture and store information regarding current and former employees, such as name, contact information, dates of employment, history of positions and locations employed, and compensation history.

1. For **each** system/software used during the investigative period of the 2019/2020 school cycle to the present, please provide the following information:

   a. The name and version of the system/software and components.

   b. The date on which the company started using the relevant system/software. Name the predecessor system/software (if any) and dates used. (Note: If a software change occurred during the investigative period, please continue to provide all descriptive items in this section for **each** system/software used during this period.)

   c. Estimate the number of **records** in the system/software.

   d. Estimate the number of **applicants and employees** in the system/software. (Note: The number of **records** is often different from the number of **applicants or employees** since systems/software typically house more than one record of information per applicant or employee.)

   e. Describe the categories of any applicants and employees that have been excluded from the system/software.

   f. Produce the name and commonly understood description of **all** data fields or variables populated in the system/software. (Note: Please provide in an Excel or similar spreadsheet. PDF is not acceptable.) The Commission acknowledges receipt of the HRIS file 6-Employee Data 2.21.25.xlsx provided on March 13, 2025. We further request you provide the name and commonly understood description for both the ATS and HRIS.

   g. Produce the name and commonly understood description of **commonly used** data fields or variables populated in the system/software. (Note: The list of commonly used data fields or variables is often a subset of the list of all data fields or variables depending on Respondent's use of the system/software. Please provide in an Excel or similar spreadsheet. PDF is not acceptable.)

   h. For all data fields or variables populated in the system/software, produce the definition of all codes used in the system/software. (Note: Please provide in an Excel or similar spreadsheet. PDF is not acceptable.)

   i. Identify the "key variable" or unique identifier common to all components. The unique identifier should allow information about individuals to be linked across files, tables, and software systems. If a unique identifier does not already exist, you should indicate this and anticipate that you will be required to assign a unique identifier for the same person across all requested components.

   j. Identify whether data can be exported from the system/software into an Excel or similar spreadsheet (for example, ".xls", ".xlsx", ".csv", ".dbf"). If data cannot be exported into an Excel or similar spreadsheet, indicate the file formats into which data can be exported.

   k. If the systems/software is maintained by an outside organization, please identify the point of contact, including name, job title, and contact information, as well as the inclusive dates of the contract or arrangement. (*Note: In this instance, the Commission continues to request that you produce the descriptive items presented in this section.*)

**SECTION II. Additional Requests**

1. Produce an unredacted personnel file for an employee in an administrator position at a Respondent location. The personnel file should represent an employee who was hired at Respondent during the investigative period. The personnel file should include copies or screenshots of application materials, including results of interview and any pre-employment screenings.

2. Produce an unredacted copy of all application materials for one unsuccessful applicant for an administrator position at a Respondent location. The applicant file should represent an individual who applied to Respondent during the investigative period. If hard copies of these documents do not exist, please provide screenshots from the Applicant Tracking System which stores this information. Results of interviews and any pre-employment screenings should be included.

3. Produce an unredacted personnel file for an employee in a classroom teacher position at a Respondent location. The personnel file should represent an employee who was hired at Respondent during the investigative period. The personnel file should include copies or screenshots of application materials, including results of interview and any pre-employment screenings.

4. Produce an unredacted copy of all application materials for one unsuccessful applicant for a classroom teacher position at a Respondent location. The applicant file should represent an individual who applied to Respondent during the investigative period. If hard copies of these documents do not exist, please provide screenshots from the Applicant Tracking System which stores this information. Results of interviews and any pre-employment screenings should be included.

5. Please provide the following information about Respondent's hiring cycle:

    a. Respondent's fiscal year.

    b. Time period or approximate dates in which hiring for the next school year takes place.

6. The commission would like to interview the following employees beginning at **9:30 AM, MST on July 30, 2025.**

    a. Michael Hyatt, Superintendent

    b. Ashley Ryan, Personnel Director

**SECTION III. Request for a Description of Data-Driven Algorithms, Artificial Intelligence[2], or Machine Learning Used for Recruitment, Screening, Selection, and/or Promotion**

1. Indicate whether or not Respondent uses algorithms, Artificial Intelligence ("AI"), or other automated technology that rate, rank, or assess/test individuals that are used in any of Respondent's recruitment, screening, selection, and/or promotion processes (hereafter "employment processes") such as rating or scoring applicants or employees, recommending promotions, etc.

If Respondent uses algorithms, Artificial Intelligence ("AI"), or other automated technology that rate, rank, or assess/test individuals that are used in any of Respondent's employment processes, provide responses to all items in this section.

---

[2] The term "artificial intelligence" often means a machine-based system that can, for a given set of human-defined objectives, such as application screening and selection, make predictions, recommendations, or decisions.

2. Provide the following information:

   a. Identify the dates for which the algorithms, AI, or other automated technology system(s) were used by the Respondent and to the extent that the use has changed over time, include the dates of each change, and describe what changes were made and why.

   b. Describe the purpose or objective(s) of the algorithms, AI, or other automated technology system(s), including identifying each point in the process where it is used in the employment process or in decision-making.

   c. Identify which entity (e.g., the Respondent or Third-Party vendor) maintains the algorithms, AI, or other automated technology system.

3. For algorithms, AI, or other automated technology maintained by Respondent, provide the names, titles, and mailing address, email address, and phone number of persons involved in the implementation, management, and oversight of the algorithms, AI, or other automated technology system, including, but not limited to, those who create, supervise, maintain, or manage the system on behalf of Respondent. Describe the role each individual plays in this process.

4. For algorithms, AI, or other automated technology systems maintained by a third-party vendor or that was purchased from a technology vendor, provide the following:

   a. The entity name; the type of the algorithms, AI or other automated technology system used; mailing address, email address, phone number for the entity; and, the dates of the contract or arrangement.

   b. Describe the nature of the contract for the services and provide a copy of the contract.

   c. Provide the name, title, mailing address, email address, and phone number of each person at Respondent responsible for selection of, implementation, management, and oversight of the algorithms, AI or other automated technology system.

5. Identify which decisions are made based (in whole or in part) on the outcome of the algorithms, AI, or other automated technology system. Specifically:

   a. Describe the decision(s) made.

   b. Which employment decisions were based in whole or in part on the output of the AI or algorithmic technology system and give related dates for those decisions.

   c. List all decision makers by name and job title, such as recruitment personnel, hiring managers, and supervisors, who used or whose employment decisions were informed by the algorithms, AI, or other automated technology system.

6. Provide a copy of all manuals, handbooks, or training materials on the algorithms, AI or other automated technology system(s) and/or its outputs developed by the third-party vendor, technology vendor, and/or Respondent.

**SECTION IV. Data Transfer Instructions**

Protecting the confidentiality and privacy of individuals and employers is of upmost importance to the EEOC. The safest and securest way to transfer sensitive personally identifiable information (SPII) data or sensitive company data to EEOC is to transfer via the EEOC's Respondent Portal.

<u>Log in to the EEOC Respondent Portal at</u>: https://nxg.eeoc.gov/rsp/login.jsf
- Provide the Charge Number.
- Provide Password.[3]

<u>When you are in the Respondent Portal:</u>
- Provide or verify Organization Contact Information.
- Click the "Upload Documents" button under Charge Documents in the right panel.
- It will accept files up to 1.5 GB in size.
- Choose the file(s) to upload.
- If the data contain SPII, sensitive company data select the "Sensitive Data Set" File Type.
- Click the "Save Upload" button.

---

[3] If you forgot your password, click on the "Change Password" or "Forgot Password" link on the log in window. Once you have done this, it will take you to the next window where you must fill out all the form fields and submit them by selecting "Change Password." Keep in mind, the "Forgot Password" link will only work if the email entered matches the contact email for that case. If you need further assistance, please contact the EEOC Help Desk at 800-569-7118 or via email at digitalsupport@eeoc.gov.