| | |
|---|---|
| **From:** | Andrew M. Sanchez |
| **To:** | ONYEDIKA U. OTUNUYA |
| **Cc:** | Wendy Olivas |
| **Subject:** | RE: 543-2024-01242; Lucas v. GMCS - 06/12/25 RFI Supplemental Response and Production |
| **Date:** | Friday, July 18, 2025 4:38:44 PM |
| **Attachments:** | image003.jpg |
| | image004.jpg |
| | image005.jpg |

For now, it is confirmed.

### ANDREW M. SANCHEZ



**C: (505) 259-2069**
**F: (312) 565-0000**

5051 Journal Center Boulevard, N.E. Suite 320
Albuquerque, New Mexico  87109

Visit Us! **www.edlawyer.com**

CONFIDENTIALITY NOTE
This message contains confidential information intended only for use of the person named above and may contain communication protected by the attorney-client privilege. If you have received this message in error, you are hereby notified that dissemination, distribution, copying or other use of this message is prohibited and you are requested to notify the sender of the message immediately at the telephone number or email address listed above and delete this message and copies of backups thereof.

**From:** ONYEDIKA U. OTUNUYA <ONYEDIKA.OTUNUYA@EEOC.GOV>
**Sent:** Wednesday, July 16, 2025 4:41 PM
**To:** Wendy Olivas <wolivas@edlawyer.com>
**Cc:** Andrew M. Sanchez <asanchez@edlawyer.com>
**Subject:** RE: 543-2024-01242; Lucas v. GMCS - 06/12/25 RFI Supplemental Response and Production

Good afternoon,

Thank you for your response. Please provide a response to the request for onsite scheduled for July 30, 2025, no later than Friday, July 18, 2025.

Thank you,
Onyedikachukwu Ugbomah Otunuya
EEOC Investigator

U.S. Equal Employment Opportunity Commission
500 Gold Avenue SW, Suite 6401
P.O. Box 128
Albuquerque, NM 87103
(505) 738-6724
Onyedika.otunuya@eeoc.gov
She/Her

**From:** Wendy Olivas <wolivas@edlawyer.com>
**Sent:** Friday, July 11, 2025 7:59 PM
**To:** ONYEDIKA U. OTUNUYA <ONYEDIKA.OTUNUYA@EEOC.GOV>
**Cc:** Andrew M. Sanchez <asanchez@edlawyer.com>
**Subject:** RE: 543-2024-01242; Lucas v. GMCS - 06/12/25 RFI Supplemental Response and Production

Good evening, Investigator Otunuya.

Attached is the School District's supplemental response to the EEOC's June 12, 2025 Request for Information. Please let us know if you have any questions or need anything further.

Thank you.



**From:** ONYEDIKA U. OTUNUYA <ONYEDIKA.OTUNUYA@EEOC.GOV>
**Sent:** Wednesday, July 9, 2025 2:09 PM
**To:** Wendy Olivas <wolivas@edlawyer.com>
**Cc:** Andrew M. Sanchez <asanchez@edlawyer.com>
**Subject:** RE: 543-2024-01242; Lucas v. GMCS - 06/12/25 RFI Response and Initial Production

Good afternoon,

All supplemental information must be submitted no later than Friday July 11, 2025. Please provide a response to the request for onsite scheduled for July 30, 2025.

Thank you,
Onyedikachukwu Ugbomah Otunuya
EEOC Investigator
U.S. Equal Employment Opportunity Commission
500 Gold Avenue SW, Suite 6401
P.O. Box 128
Albuquerque, NM 87103
(505) 738-6724
Onyedika.otunuya@eeoc.gov
She/Her