| | |
|---|---|
| **From:** | Andrew M. Sanchez |
| **To:** | ONYEDIKA U. OTUNUYA |
| **Cc:** | Wendy Olivas |
| **Subject:** | RE: 543-2024-01242 v Gallup Mckinley County Schools |
| **Date:** | Tuesday, July 29, 2025 12:57:43 PM |
| **Attachments:** | image002.jpg<br>image003.png |
| **Importance:** | High |

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Ms. Ounuya,

　　The interviews have been cancelled for tomorrow, and the School District will no longer voluntarily cooperate with and the requested data production or further participate in your investigation in any other means.  The Board of Education will be filing a declaratory action in the U.S. District Court for the District of New Mexico to challenge the EEOC's assertion of authority beyond its statutory limits and for an order enjoining the EEOC from acting further to investigate the School District without cause.  The EEOC's current investigation is simply a fishing expedition with no adverse action to an applicant or employee as to trigger it, and it illegally encroaches upon the privacy rights of the School District's employees and applicants.  The School District will require the approval of the EEOC's action by U.S. District Judge.

　　If you have any questions, please have counsel for the EEOC call me or e-mail me.

**ANDREW M. SANCHEZ**



**C: (505) 259-2069**
**F: (312) 565-0000**
5051 Journal Center Boulevard, N.E. Suite 320
Albuquerque, New Mexico  87109

Visit Us! **www.edlawyer.com**

CONFIDENTIALITY NOTE
This message contains confidential information intended only for use of the person named above and may contain communication protected by the attorney-client privilege. If you have received this message in error, you are hereby notified that dissemination, distribution, copying or other use of this message is prohibited and you are requested to notify the sender of the message immediately at the telephone number or email address listed above and delete this

message and copies of backups thereof.

---

**From:** ONYEDIKA U. OTUNUYA <ONYEDIKA.OTUNUYA@EEOC.GOV>
**Sent:** Monday, July 28, 2025 4:32 PM
**To:** Andrew M. Sanchez <asanchez@edlawyer.com>
**Cc:** Wendy Olivas <wolivas@edlawyer.com>
**Subject:** 543-2024-01242 v Gallup Mckinley County Schools

Good afternoon,

In preparation for the onsite on July 30, 2025, I would like to interview the employees in person in approximately two-hour intervals beginning at **9:30 AM, MST.** The interviews may or may not require a full two-hours of questioning. These interviews will be recorded, and I will be accompanied by two other investigators.

Thank you,



**Onyedika Otunuya**
**EEOC Investigator, Equal Employment Opportunity Commission**
PHONE	(505) 738-6724
EMAIL	Onyedika.otunuya@eeoc.gov
WEB	https://www.eeoc.gov
ADDRESS	500 Gold Avenue SW, Suite 6401

---

This email has been scanned for spam and viruses. Click here to report this email as spam.