# UNITED STATES OF AMERICA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO:

Ashley Ryan

606 McKee DR
Gallup, New Mexico, 87301

NO: PHX-25-12

IN THE MATTER OF: Commissioner Andrea Lucas v. Gallup Mckinley County
Schools

Charge No. 543-2024-01242

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☒ Testify before:      ☐ Produce and bring * or      ☐ Mail * the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Onyedika Ugbomah Otunuya, Investigator          of the Equal Employment Opportunity Commission

at 500 Gold Ave SW Suite 6401 Albuquerque, NM 87103    on August 13, 2025      at 09:00 am     o'clock

The evidence required is

(see attached)

This subpoena is issued pursuant    ☒ (Title VII) 42 U.S.C. 2000e-9    ☐ (ADEA) 29 U.S.C. 626(a)    ☐ (EPA) 29 U.S.C. 209
☐ (ADA) 42 U.S.C. 12117(a)    ☐ (GINA) 42 U.S.C. 2000ff-6

ISSUING OFFICIAL (Typed name, title and address)
April Klug
Area Director
EEOC - Albuquerque Area Office
500 Gold Avenue Sw. Suite 6401
Albuquerque, NM 87103

ON BEHALF OF THE COMMISSION

April Klug,
Area Director

Digitally signed by April
Klug, Area Director
Date: 2025.07.30 13:07:02
-06'00'

July 30, 2025
Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

## SUBPOENA
### PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐ in person

☐ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name _____

Position _____

Address _____

On _____
*(Mo, day & year)*

_____
*(Signature of person making service)*

_____
*(Official title, if any)*

State _____

Parish/
County _____

### CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

_____

On _____
*(Mo, day & year)*

_____
*(Signature of person making service)*

_____
*(Official title, if any)*

SUBPOENA

Attachment to Subpoena   PHX-25-12   Dated   July 30, 2025   in Charge No.   543-2024-01242

For Charge Numbers: 543-2024-01242

1. Interview with Ashley Ryan

Testimony will be provided under oath and digitally recorded.

On Behalf of the Commission:

April Klug, Area
Director

Digitally signed by April Klug, Area
Director
Date: 2025.07.30 13:06:45 -06'00'

Area Director                                                                 Date