# UNITED STATES OF AMERICA
### EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## SUBPOENA

TO:  
Michael Hyatt  

301 E. Green Ave  
Gallup, New Mexico, 87301

NO: PHX-25-11

IN THE MATTER OF: Commissioner Andrea Lucas v. Gallup Mckinley County Schools

Charge No. 543-2024-01242

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

[X] Testify before:     [ ] Produce and bring * or     [ ] Mail * the documents described below to:

[ ] Produce access to the evidence described below for the purpose of examination or copying to:

Onyedika Ugbomah Otunuya, Investigator     of the Equal Employment Opportunity Commission

at 500 Gold Ave SW Suite 6401 Albuquerque, NM 87103    on August 13, 2025    at 11am    o'clock

The evidence required is

(see attached)

This subpoena is issued pursuant [X] (Title VII) 42 U.S.C. 2000e-9   [ ] (ADEA) 29 U.S.C. 626(a)   [ ] (EPA) 29 U.S.C. 209  
[ ] (ADA) 42 U.S.C. 12117(a)   [ ] (GINA) 42 U.S.C. 2000ff-6

ISSUING OFFICIAL (Typed name, title and address)  
April Klug  
Area Director  
EEOC - Albuquerque Area Office  
500 Gold Avenue Sw. Suite 6401  
Albuquerque, NM 87103

ON BEHALF OF THE COMMISSION

April Klug, Area Director  
Digitally signed by April Klug, Area Director  
Date: 2025.07.30 13:10:11 -06'00'

July 30, 2025  
Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

## SUBPOENA
### PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐ in person

☐ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name _____

Position _____

Address _____

On _____
(Mo, day & year)

_____
(Signature of person making service)

_____
(Official title, if any)

State _____

Parish/
County _____

### CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

_____

On _____
(Mo, day & year)

_____
(Signature of person making service)

_____
(Official title, if any)

SUBPOENA

Attachment to Subpoena  PHX-25-11  Dated  July 30, 2025  in Charge No.  543-2024-01242

For Charge Numbers: 543-2024-01242

1. Interview with Michael Hyatt

Testimony will be provided under oath and digitally recorded.

On Behalf of the Commission:

April Klug, Area Director

Digitally signed by April Klug, Area Director
Date: 2025.07.30 13:10:24 -06'00'

Area Director                                                                 Date