BEFORE THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ANDREA LUCAS,

      Commissioner,

vs.                                         Charge No.    EEOC No. 543-2024-01242

BOARD OF EDUCATION FOR THE
GALLUP-McKINLEY COUNTY SCHOOLS,

      Respondent.

### BOARD OF EDUCATION'S NOTICE OF NONAPPEARANCE FOR DEPOSITION

COMES NOW the Board of Education for the Gallup-McKinley County Schools, by and through its undersigned counsel, and hereby provides notice of the nonappearance for the depositions of Dr. Ashley Ryan and Michael Hyatt called by EEOC and set for Wednesday, August 13, 2025, subject to the adjudication of the Complaint filed with the U.S. District Court for the District of New Mexico to enjoin any further action by the EEOC in this matter, a copy of which is attached to this Notice.

                                            Respectfully submitted,

                                            HIMES, PETRARCA AND FESTER

                                            By: _____
                                               ANDREW M. SANCHEZ
                                               **ATTORNEYS FOR THE BOARD OF**
                                               **EDUCATION FOR THE GALLUP-MCKINLEY**
                                               **COUNTY SCHOOLS**
                                               5051 Journal Center Boulevard, Suite 320
                                             Albuquerque, New Mexico 87109
                                             (505) 259-2069  FAX (312) 565-0000
                                             asanchez@edlawyer.com