| | |
|---|---|
| **From:** | APRIL KLUG |
| **To:** | ashdefma@gmail.com |
| **Cc:** | ONYEDIKA U. OTUNUYA; Asanchez@edlawyer.com |
| **Subject:** | Subpoena: 543-2024-01242 Lucas v Gallup Mckinley County Schools |
| **Date:** | Tuesday, July 29, 2025 5:30:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | Ashley Ryan Subpoena.pdf |

Hi,

Please see the attached subpoena for testimony on August 13, 2025, at 500 Gold Avenue, Ste 6401 in Albuquerque, NM 87103.  A hard copy of this subpoena has been sent via certified mail.

Thank you,

**April Klug  |  Area Director**
Equal Employment Opportunity Commission | Albuquerque Area Office
(505) 738-6740 | april.klug@eeoc.gov

