| | |
|---|---|
| **From:** | APRIL KLUG |
| **To:** | Andrew M. Sanchez |
| **Cc:** | ONYEDIKA U. OTUNUYA |
| **Subject:** | 543-2024-01242 Lucas v Gallup Mckinley County Schools |
| **Date:** | Tuesday, July 29, 2025 5:25:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | 543-2024-01242.Lucas.Subpoena_Michael Hyatt.pdf |
| | Ashley Ryan Subpoena.pdf |

Mr. Sanchez,

Attached are Subpoenas for the testimony of the witnesses you had previously agreed to provide for interviews. We expect your client to cooperate with these Subpoenas.  If not, we will seek to have these Subpoenas enforced in Federal District Court in New Mexico.

The EEOC clearly has statutory authority to investigate this Charge of Discrimination against your client, the Gallup McKinley County School District.

Title VII, 29 U.S.C. Section 2000e-5, (Section 706) states,  in relevant part:
"(a) Power of Commission to prevent unlawful employment practices
The Commission is empowered, as hereinafter provided, to prevent any person from engaging in any unlawful employment practice as set forth in section 2000e-2 or 2000e-3 of this title [section 703 or 704].
(b) Charges by persons aggrieved or member of Commission of unlawful employment practices by employers, etc.; filing; allegations; notice to respondent; contents of notice; investigation by Commission; contents of charges; prohibition on disclosure of charges; determination of reasonable cause; conference, conciliation, and persuasion for elimination of unlawful practices; prohibition on disclosure of informal endeavors to end unlawful practices; use of evidence in subsequent proceedings; penalties for disclosure of information; time for determination of reasonable cause
Whenever a charge is filed by or on behalf of a person claiming to be aggrieved, or by a member of the Commission, alleging that an employer, employment agency, labor organization, or joint labor management committee controlling apprenticeship or other training or retraining, including on-the-job training programs, has engaged in an unlawful employment practice, the Commission shall serve a notice of the charge (including the date, place and circumstances of the alleged unlawful employment practice) on such employer, employment agency, labor organization, or joint labor-management committee (hereinafter referred to as the "respondent") within ten days, and shall make an investigation thereof."

We do not see any legal or factual basis for your threatened lawsuit. We hope that your client will reconsider and cooperate with this investigation so we can complete the investigation.

Thank you,

**April Klug  |  Area Director**
Equal Employment Opportunity Commission | Albuquerque Area Office
(505) 738-6740 | april.klug@eeoc.gov

