U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Albuquerque Area Office
500 Gold Avenue SW, Suite 6401
P.O. Box 128
Albuquerque, NM 87103



CERTIFIED MAIL®

$6.33⁰
US POSTAGE IMI
FIRST-CLASS
FROM 87103
07/30/2025
Stamps.com

Refused

Ashley Ryan
606 Mckee Dr
Gallup New Mexico, 87301



RECEIVED
AUG 13 2025
EEOC AAO

NIXIE        871    DC 1        0008/08/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 87103012828
87103>0128