

# Receipt

Print Date: Aug 20, 2025

## RETURN TO

Tim Soholt
US EEOC
PO Box 128
Albuquerque, NM 87103

## SHIP TO

Michael Hyatt
301 E Green Ave
Gallup, NM 87301

## REFERENCE

| | |
|---|---|
| Ship Date: | Jul 30, 2025 |
| Ship from ZIP: | 87103 |
| Weight: | 0lbs. 1oz. |
| User: | EEOC-AKlug |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Undeliverable |
| Tracking #: | 9436011899560031639625 |

## SERVICE

| | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $0.74 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $5.30 |
| Return Receipt Electronic | $2.82 |
| Restricted Delivery | $8.40 |
| Subtotal | $17.26 |
| Label Quantity | 1 |
| Total Cost | $17.26 |