| | |
|---|---|
| **From:** | Andrew M. Sanchez |
| **To:** | APRIL KLUG |
| **Subject:** | Read: Subpoena: 543-2024-01242 Lucas v Gallup Mckinley County Schools |
| **Date:** | Tuesday, July 29, 2025 5:33:18 PM |

Your message

  To: Andrew M. Sanchez
  Subject: Subpoena: 543-2024-01242 Lucas v Gallup Mckinley County Schools
  Sent: Tuesday, July 29, 2025 6:30:19 PM (UTC-06:00) Central Time (US & Canada)
was read on Tuesday, July 29, 2025 6:31:42 PM (UTC-06:00) Central Time (US & Canada).