**Tracking Number:**

9436011899560031639625

Copy    Add to Informed Delivery

**Latest Update**

Your item could not be delivered on August 19, 2025 at 1:36 pm in GALLUP, NM 87301. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
GALLUP, NM 87301
August 19, 2025, 1:36 pm

**Available for Pickup**
GALLUP
950 W AZTEC AVE
GALLUP NM 87301-9703
M-F 0830-1700; SAT 1000-1330
August 8, 2025, 12:56 pm

**Reminder to Schedule Redelivery of your item**
August 6, 2025

**Notice Left (No Authorized Recipient Available)**
GALLUP, NM 87301
August 1, 2025, 3:42 pm

**Departed USPS Facility**
ALBUQUERQUE, NM 87101
July 30, 2025, 6:36 pm

**Arrived at USPS Facility**
ALBUQUERQUE, NM 87101
July 30, 2025, 6:19 pm

**Accepted at USPS Origin Facility**
ALBUQUERQUE, NM 87103
July 30, 2025, 5:04 pm

**Shipping Label Created, USPS Awaiting Item**
ALBUQUERQUE, NM 87103
July 30, 2025, 3:12 pm

Hide Tracking History

Remove ✕